UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) 09-MC-214 |
| v. | ) Cr. No. 98-85 (related to) |
| REBECCA L. ONEY, | ) |
| Defendant, | ) |
| R.L. ONEY INVESTMENTS, LLC, and its successors and assigns, | ) |
| Garnishee. | ) |

**ORDER OF COURT**

AND NOW, this 15th day of July, 2009, upon consideration of the United States' Application for Writ of Continuing Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Continuing Garnishment directed to R.L. Oney Investments, LLC.

_____
UNITED STATES DISTRICT JUDGE